IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

| UNITED STATES OF AMERICA | ) | |
|---|---|---|
| | ) | |
| VS. | ) | 1:19CR490-1 |
| | ) | |
| ANTONIO MOSLEY | ) | |

## AMENDED NOTICE OF APPEAL OF FINAL JUDGMENT

The Defendant, ANTONIO MOSLEY, by and through his undersigned counsel, hereby gives notice, pursuant to Rule 4(b) of the Federal Rules of Appellate Procedure, that he is appealing the Judgment and Commitment-Supervised Release Violation Hearing entered by United States District Judge William L. Osteen, Jr., on March 31st, 2021, to the United States Court of Appeals for the Fourth Circuit.

The undersigned respectfully request that he be released as attorney of record and that the Court appoint other counsel to handle this appeal.

Respectfully submitted this the 6th day of April 2021.

/s/ Darrin D. Jordan
Darrin D. Jordan, Bar No. 17483
Attorney for Antonio Mosley
Whitley, Jordan & Inge, P.A.
305 North Main Street
Salisbury, North Carolina 28144
Phone: (704) 637-1111
Email: djordan@wjilaw.com

# CERTIFICATE OF SERVICE

I certify that on April 6th, 2021, the foregoing was electronically filed with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

Lindsey Freeman
Assistant United States Attorney

This the 6th day of April 2021.

/s/ Darrin D. Jordan
Darrin D. Jordan, Bar No. 17483
Attorney for Antonio Mosley
Whitley, Jordan & Inge, P.A.
305 North Main Street
Salisbury, North Carolina 28144
Phone: (704) 637-1111
Email: djordan@wjilaw.com